IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

DAVID JOHN BILLUPS,

    Petitioner,

v.                                                    CASE NO. 4:11-cv-2896-PWG

DUWAYNE BANKSON, Warden, and
THE ATTORNEY GENERAL OF THE
STATE OF ALABAMA,

    Respondents.

# FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and with Rule 58 of the *Federal Rules of Civil Procedure*, it is hereby ORDERED, ADJUDGED, and DECREED that the petition for writ of habeas corpus is DENIED.

Done this 12th day of March 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458